IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ALBERTO LOSNO,<br><br>    Petitioner,<br><br>  vs.<br><br>S. W. ORNOSKI, Warden,<br><br>    Respondents. | No. C 05-4259 WHA (PR)<br><br>**ORDER TO SHOW CAUSE** |

    This is a habeas case filed pro se by a state prisoner. It is directed to denial of parole. The initial review order listed three issues, that (1) his due process rights were denied when the Board denied parole for the seventh time based on the circumstances of his crime; (2) the hearing was arbitrary and the result preordained, a violation of due process; and (3) the Board's repeated use of the same formula to deny parole shows that it is not an unbiased decision-maker basing its decision on the evidence before it, also a due process violation. Respondent's motion to dismiss on the grounds that issues two and three were not exhausted was granted and petitioner was informed of his options. He has elected to dismiss issues two and three and proceed with issue one. As a consequence:

    1. Issues two and three are **DISMISSED**.

    2. Respondent shall file with the court and serve on petitioner, within sixty days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

1 Respondent shall file with the answer and serve on petitioner a copy of all portions of the state
2 trial record that have been transcribed previously and that are relevant to a determination of the
3 issues presented by the petition.
4 If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
5 court and serving it on respondent within thirty days of his receipt of the answer.
6 3. Petitioner is reminded that all communications with the court must be served on
7 respondent by mailing a copy of the document to respondent's counsel. Papers intended to be
8 filed in this case should be addressed to the clerk rather than to the undersigned. Petitioner also
9 must keep the court informed of any change of address by filing a separate paper with the clerk
10 headed "Notice of Change of Address," and comply with any orders of the court within the time
11 allowed, or ask for an extension of that time. Failure to do so may result in the dismissal of this
12 action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Martinez*
13 *v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

**IT IS SO ORDERED.**

Dated: June   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\HC.05\LOSNO259.OSC2.wpd

2