UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL ALBERTO LOSNO,

        Petitioner,

vs.

S. W. ORNOSKI, Warden,

        Respondent.
        /

No. C 05-4259 WHA (PR)

**ORDER SETTING DEADLINE**

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition is directed to a decision denying parole. The case was stayed until August 3, 2009, or until a decision was issued in *Hayward v Marshall*, 512 F.3d 536 (9th Cir), *reh'g en banc granted*, 527 F.3d 797 (9th Cir 2008), whichever came first. Because there has not been a decision in *Hayward*, the stay has expired. Respondent has moved to dismiss the case as moot. The motion is unopposed. Because petitioner may have been confused by the conjunction of the stay and the motion to dismiss, the time for him to file an opposition to the motion, if he wishes to, is **EXTENDED** to September 14, 2009.

**IT IS SO ORDERED.**

Dated: August  31 , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.05\LOSNO259.EXT-P.wpd